1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   CHERIE RENEE RODRIGUEZ,                    )   Case No.: 1:19-cv-1572 - JLT
                                                )
12                    Plaintiff,                )   ORDER DISCHARGING THE ORDER TO SHOW
                                                )   CAUSE DATED MAY 14, 2020 (Doc. 12)
13            v.                                )
                                                )
14   COMMISSIONER OF SOCIAL SECURITY,           )   ORDER GRANTING THE REQUEST FOR AN
                                                )   EXTENSION OF TIME (Doc. 14)
15                    Defendant.                )
                                                )
16   _____   )

17          In response to the Court's order to show cause, the Commissioner has explained he missed

18   deadline to respond to the informal brief was due to a calendaring error (Doc. 13) and requested an

19   extension of ten days to serve the response.  (Doc. 14)  Thus, the Court **ORDERS**:

20          1.      The order to show cause dated May 14, 2020 (Doc. 12) is **DISCHARGED**;

21          2.      The Commissioner's request for an extension of time (Doc. 14) is **GRANTED**; and

22          3.      The Commissioner **SHALL** respond to the brief and file proof of service with the Court

23                  no later than **May 22, 2020**.

24

25   IT IS SO ORDERED.

26      Dated:   **May 15, 2020**                      _____**/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
27

28