# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE RENEE RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:19-cv-1572  JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, CHERIE RENEE RODRIGUEZ, AND AGAINST DEFENDANT ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On July 1, 2020, Plaintiff and the Commissioner of Social Security stipulated to a remand of this appeal pursuant to sentence four of 42 U.S.C. § 405(g), for an ALJ to issue a new decision. (Doc. 19)  The parties "request that the Clerk of Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant." (*Id.* at 2)  Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff.

IT IS SO ORDERED.

Dated:  **July 1, 2020**                     **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE