1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10

11  CHERIE RENEE RODRIGUEZ,                    )   Case No.: 1:19-cv-1572 JLT
                                               )
12                    Plaintiff,               )   ORDER GRANTING PLAINTIFF'S MOTION FOR
                                               )   ATTORNEY'S FEES PURSUANT TO THE
13       v.                                    )   EQUAL ACCESS TO JUSTICE ACT
                                               )
14  ANDREW SAUL,                               )   (Doc. 22)
    Commissioner of Social Security,           )
15                                             )
                     Defendant.                )
16  _____        )

17          Cherie Renee Rodriguez and Andrew Saul, Commissioner of Social Security, stipulated for the

18  payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 22)

19  Subject to the terms of the stipulation, the Court **ORDERS:**

20          1.      Plaintiff's motion for fees (Doc. 22) is **GRANTED**; and

21          2.      Fees in the total amount of $5,000.00 are **AWARDED** to Cherie Renee Rodriguez.

22

23  IT IS SO ORDERED.

24      Dated:   **September 21, 2020**              **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
25

26

27

28